Submitted on record and brief May 3, reversed and remanded for reconsideration June 9, 1993

In the Matter of the Compensation of
Charles W. Setzer, Claimant.
ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Charles W. SETZER,
*Respondent.*
(WCB 91-06663, 90-00286; CA A74767)
853 P2d 323

Thomas M. Sheridan and Davis & Bostwick, Portland, filed the brief for petitioner.

Edward J. Harri and Malagon, Moore, Johnson, Jensen & Correll, waived appearance for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).